IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00990-WYD-PAC

JACK PATRICK ELLIOTT,

      Plaintiff(s),

v.

ROBERT RAINEK,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Motions Hearing [filed February 10, 2006; Doc. No. 17] is **GRANTED** as follows:

      The motions hearing set for March 9, 2006 is *vacated and reset* to **April 14, 2006 at 10:00 a.m.**, in Courtroom A501.

Dated:  March 3, 2006