IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00990-WYD-PAC

JACK PATRICK ELLIOTT,

    Plaintiff(s),

v.

ROBERT RAINEK,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant-Counterclaimant's Unopposed Withdrawal of His Motion for Sanctions for Plaintiff's Failure to Serve Answers and Responses to Discovery Requests [filed April 20, 2006; Doc. No. 23] is **GRANTED** as follows: Defendant-Counterclaimant's Motion for Sanctions for Plaintiff's Failure to Serve Answers and Responses to Discovery Requests [filed January 10, 2006; Doc. No. 11] is withdrawn.

    IT IS **FURTHER ORDERED** that the hearing set for April 21, 2006 is *vacated.*

Dated:  April 21, 2006