IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00990-WYD-PAC

JACK PATRICK ELLIOTT,

      Plaintiff(s),

v.

ROBERT RAINEK,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Re-Set Final Pre-Trial Conference [filed June 15, 2006; Doc. No. 32] is **GRANTED** as follows:

      The Final Pretrial Conference set for June 30, 2006 is ***vacated and reset*** to **May 4, 2007 at 10:30 a.m.**  The proposed Pretrial Order is due on or before **April 30, 2007.**

Dated:  June 15, 2006