**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

| | |
|---|---|
| **Civil Action No.: 05-cv-00990-WYD-PAC** | FTR - Reporter Deck - Courtroom A-501 |
| **Date:  June  06,  2007** | Courtroom Deputy, Geneva D. Mattei |

_____

| | |
|---|---|
| JACK  PATRICK  ELLIOTT, | Peter C. Forbes |
| Plaintiff(s)/Counter Defendant(s), | |
| v. | |
| ROBERT  RAINEK, | Daniel F. Wolf |
| | William D. Meyer |
| Defendant(s)/Counter Claimant(s). | |

_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:    MOTIONS  HEARING**
**Court in Session:**   9:12  a.m.
Court calls case.   Appearance of counsel.

**It is ORDERED:**   Plaintiff's Motion for Preclusion Or, in the Alternative, Other Sanctions for Untimely Disclosure of Defendant's Original Trial Counsel as a Potential Witness (Docket No. 56, Filed May 11, 2007) is Denied.
The Court Will Allow the Deposition of Daniel Wolf. The Deposition Will Be Limited to the Conversations with Jennifer Coulson and Inquiry into Matters of Impeachment.

HEARING CONCLUDES.
**Court in recess:**   9:46 a.m.
Total In-Court Time:    00:34