IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00990-WYD-PAC
(Consolidated with Civil Action No. 06-cv-01830)

JACK PATRICK ELLIOTT,

    Plaintiff,

v.

ROBERT RAINEK,
JEANNIE WELSCH

    Defendants.

## ORDER ON MOTION TO CONSOLIDATE AND VACATING TRIAL DATE

THIS MATTER is before the Court on the parties' Stipulated Motion To Waive Discovery And Consolidate This Case For Trial With Civil Action No. 06-CV-01830-WDM-CBS, filed June 28, 2007 (docket #65).  In the motion, the parties seek consolidation of this civil action (the "Rainek case"), with *Elliott v. Welsch*, Civil Action No. 06-cv-01830-WDM-CBS (the "Welsch case"), pursuant to Fed. R. Civ. P. 42 and D.C.Colo.LCivR 42.1.  Because the instant case is the lower numbered case, I will rule on the proposed consolidation.  *See* D.C.Colo.LCivR 42.1.

Rule 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the action; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or

delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950).

In the stipulated motion, the parties state that the events at issue in the Welsch case involve the filing of certain documents relating to a real estate transaction, which is the subject of the instant case. In addition, the parties have entered into an evidentiary stipulation whereby Defendant Welsch has agreed to be bound by certain testimony given by Defendant Rainek in this case concerning the circumstances under which the documents at issue in this case came to be filed with the Eagle County Clerk and Recorder. As such, Defendant Welsch need not testify at trial. Upon review of the file in this case and the file in the Welsch Case, I find that the two cases involve common questions of law and fact, and should be consolidated for trial. Therefore, it is hereby

ORDERED that the Stipulated Motion To Waive Discovery And Consolidate This Case For Trial With Civil Action No. 06-CV-01830-WDM-CBS, filed June 28, 2007 (docket #65) is **GRANTED**. It is

FURTHER ORDERED that this case shall be consolidated with *Elliott v. Welsch*, Civil Action No. 06-cv-01830-WDM-CBS. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in this case only, using the caption appearing in this Order. It is

FURTHER ORDERED that the parties shall prepare and file a proposed Pretrial Order for the Welsch case within 30 days of this Order. The parties may designate additional trial exhibits in the Welsch Pretrial Order and may designate witnesses

identified in the Pretrial Order in this case in the Welsch Pretrial Order.  It is

FURTHER ORDERED that both the Final Trial Preparation Conference set for Friday, July 20, 2007 and the Jury Trial set for August 20, 2007 are **VACATED** and will be reset upon the approval of the Pretrial Order.  It is

FURTHER ORDERED that the clerk of court shall docket this Order in *Elliott v. Welsch*, Civil Action No. 06-cv-01830-WDM-CBS.

Dated:  July 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge