IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00990-WYD-KLM (consolidated with 06-cv-01830-WYD-KLM)

JACK PATRICK ELLIOTT,

    Plaintiff,

v.

ROBERT RAINEK,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion To Conduct Trial Testimony Via Video Conferencing [doc. #85], filed October 8, 2008, is **GRANTED.** The Court hereby directs that provisions be made for the testimony of G. Donohue Kane to be conducted via video conferencing on **Tuesday, October 21, 2008 at 1:30 p.m.**

    Dated: October 8, 2008.