IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00990-ZLW-KLM
(Consolidated with Civil Action No. 06-cv-01830

JACK PATRICK ELLIOTT,

    Plaintiff,

vs.

ROBERT RAINEK,
JEANNIE WELSCH,

    Defendants.

## ORDER OF DISMISSAL

The Court, having received the parties' Stipulated Motion To Dismiss With Prejudice (Doc. No. 88, Oct. 17, 2008), and being otherwise advised in the premises, does hereby order the following:

    1.    This consolidated action, and all claims and counterclaims asserted in the cases consolidated herein, are dismissed with prejudice, all parties to bear their own fees and costs.

    2.    The *lis pendens* filed in connection with Civil Action No. 05-cv-00990-WYD-KLM by Defendant Robert Rainek against certain patented mining claims owned by J. Elliott known as the Apex (Mineral Survey No. 3678), Ground Hog (Mineral Survey No. 3680), Lottie (Mineral Survey No. 11363), Silver Chord (Mineral Survey No. 3679), Badger (Mineral Survey No. 4322), Albatross (Mineral Survey No. 2933)

and Raymond (Mineral Survey No. 2417) claims (the "Subject Mining Claims") in the Eagle County real estate records on September 29, 2005 at Reception No. 927537 is hereby expunged and discharged against those mining claims and any other mining claims or property interests of any kind encumbered or affected by the filing of that *lis pendens* or any other *lis pendens* filed in connection with the Civil Actions, and all such *lis pendens* are hereby declared to be void and of no further force and effect, and shall hereafter not affect title to the Subject Mining Claims or any other property interests of any kind.

3. Any lien, claim, right, or interest in the Subject Mining Claims or in any other mining claims or property interests of any kind encumbered or affected by the filing of that certain document titled "Contract to Buy and Sel Real Estate" recorded in the Eagle County real estate records on May 26, 2005 at Reception No. 917228 is hereby discharged against those mining claims or any other mining claims or property interests of any kind encumbered or affected by that filing, and that document is hereby declared to be void and of no further force and effect, and shall hereafter not affect title to the Subject Mining Claims or any other property interests of any kind.

DATED at Denver, Colorado this ___21___ day of October, 2008.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court